# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

FEDERICO et al.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 08-44C**
**Filed: February 6, 2008**

## O R D E R

The Notice of Appearance in the above-captioned case was filed on January 31, 2008. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, March 26, at 2:30 p.m. DST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Ms. House at (202) 296-1798, and Mr. Brilliant at (202) 616-8275.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**