# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **KATHY L. FEDERICO and JAMES W. GRAUMLICH,** | |
| **Plaintiffs,** | **No. 08-44C** |
| **v.** | **Filed: February 26, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the Crusan case, No. 07-434C, on February 26, 2008, with the parties appearing by telephone, during which the claims in the above-captioned case also were discussed. As indicated at the conference, plaintiffs shall provide defendant with claim forms for both plaintiffs in the Federico case on or before **Friday, March 28, 2008**. Defendant shall complete its computations and provide them to plaintiffs on or before **Friday, May 2, 2008**. Instead of the conference previously set for March 26, 2008, the court **SCHEDULES** a status conference in the Federico and Crusan (Case No. 07-434C) cases for **Tuesday, May 6, 2008, 10:30 a.m. DST**, unless the cases are sooner dismissed. Counsel for all parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275. Land line telephones only will be used for the conference. The parties shall be prepared to discuss settlement progress in the two cases, but without specific numbers.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**