# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **KATHY L. FEDERICO and JAMES W. GRAUMLICH,** | |
| **Plaintiffs,** | **No. 08-44C** |
| **v.** | **Filed: May 6, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on May 6, 2008, with the parties appearing by telephone. The court set a schedule for briefing the home-to-work driving issue. Defendant shall file its opening dispositive motion and brief on or before **Tuesday, May 20, 2008**. Plaintiffs shall file their response brief on or before **Friday, June 6, 2008**. Defendant shall file its reply brief on or before **Friday, June 13, 2008**.

The court also **SCHEDULES** a status conference in the Federico and Crusan (Case No. 07-434C) cases for **Wednesday, June 18, 2008, 10:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275. The parties will be prepared to discuss their settlement progress on the non-driving issue claims.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**