# In the United States Court of Federal Claims

| | |
|---|---|
| **KATHY L. FEDERICO and JAMES W. GRAUMLICH,** | |
| **Plaintiffs,** | **No. 08-44C** |
| **v.** | **Filed: June 6, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |

**O R D E R**

The court is in receipt of plaintiffs' June 3, 2008, unopposed motion for an enlargement of time of seven days, to and including June 13, 2008, within which to file a response to defendant's motion for judgment on the pleadings, dismissing the driving time claims. Plaintiffs' motion is **GRANTED**. Plaintiffs' response shall be filed on or before **Friday, June 13, 2008**. As a result of this enlargement, defendant's reply on its motion shall be filed on or before **Friday, June 20, 2008**. The parties shall indicate at the conclusion of their briefs whether oral argument is requested on the driving time issue.

The court previously **SCHEDULED** a status conference in the Federico and Crusan (Case No. 07-434C) cases for **Wednesday, June 18, 2008, 10:30 a.m. EDT**, to discuss settlement progress on non-driving time claims. This conference is unaffected by the enlargement of time, and shall remain on the docket. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**