# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **KATHY L. FEDERICO and JAMES W. GRAUMLICH,** | * |
| **Plaintiffs,** | * **No. 08-44C** |
| **v.** | * **Filed: June 18, 2008** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case, with the parties appearing by telephone. As discussed at the conference, the parties shall continue their settlement discussions, and shall file a joint status report reflecting their progress on or before **Monday, August 18, 2008**. After review of the status report, the court will decide whether to schedule another status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**